1  JEFFREY D. GOLDMAN (State Bar No. 155589)
   NICOLE L. HARRIS (State Bar No. 204744)
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVISION MUSIC LLC, a Delaware limited liability company; DISA LLC, a Delaware limited liability company; FONOVISA, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DISCO AZTECA DISTRIBUTORS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CIV S-04-2611 (FCD) (DAD)<br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER RE STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT** |
| DISCO AZTECA DISTRIBUTORS, INC., a California Corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>UNIVISION MUSIC, LLC, a Delaware Limited Liability Company, DISA LLC, a Delaware Limited Liability Company and ROES 1 through 100, inclusive,<br><br>Cross-Defendants | |

Mitchell Silberberg &
Knupp LLP

ORDER RE:
STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

ORDER

On December 15, 2005, plaintiffs UMG Recordings, Inc., Univision Music LLC, Disa LLC, and Fonovisa, Inc. ("Plaintiffs") and defendant Disco Azteca Distributors, Inc. ("Disco Azteca"), by and through their respective counsel of record, filed a Stipulation for the filing of a Second Amended Complaint (the "Stipulation").

Good cause appearing therefor, the Stipulation is hereby granted, and the Second Amended Complaint attached as Exhibit A to the Stipulation filed December 15, 2005 is deemed filed as of December 15, 2005.  Disco Azteca shall have 10 days from the filing of the this order to file and serve a response to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 19, 2005                      /s/ Frank C. Damrell Jr.
                                              Hon. Frank C. Damrell Jr.


Respectfully Submitted By:


         /s/
Jeffrey D. Goldman
MITCHELL SILBERBERG & KNUPP LLP
Attorneys for Plaintiffs

Mitchell Silberberg & Knupp LLP

2

ORDER RE:
STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT