1 DAVID S. WHITE, ESQ. (STATE BAR NO. 078563)
  JONATHAN C. BALFUS, ESQ. (STATE BAR NO. 155532)
2 FAINSBERT MASE & SNYDER, LLP
  11835 West Olympic Boulevard, Suite 1100 East
3 Los Angeles~ California 90064-5001
  Telephone: (310) 473-6400 x124
4 Facsimile: (310) 473-8702

5 Attorneys for Defendant and Cross-Complainant
  DISCO AZTECA DISTRIBUTORS, INC. 6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12 UMG RECORDINGS, INC., etc., et al.         ) Case No.: CIV 2-04-02611 FCD DAD
13                     Plaintiffs,            )
14 vs.                                        )
                                              ) SUBSTITUTION OF ATTORNEYS FOR
15 DISCO AZTECA DISTRIBUTORS,                 ) DISCO AZTECA DISTRIBUTORS, INC. AND
      INC., et aI.,                           ) ORDER THEREON
16                                            )
                      Defendants.             )
17                                            )
                                              )
18 AND RELATED CROSS-CLAIM                    )
                                              )
19                                            )

20      THE COURT AND ALL PARTIES ARE NOTIFIED THAT pursuant to Local Rule 83-182(g),
21 Defendant and Cross-Complainant Disco Azteca Distributors, Inc. hereby
22 substitutes its attorneys in this action as follows:
23
24      Former Attorneys: David Samuel White, Esq., White, Bordy & Levey, LLP, 1880
25 Century Park East, Suite 200, Los Angeles, CA 90067-1602, Tel.: 310-551-9700, 26
dswhite@wbllaw.com;

27
28

1   New Attorneys: David Samuel White, Esq., Fainsbert, Mase & Snyder, LLP,

2  11835 West Olympic Blvd., Suite 1100 East, Los Angeles, CA 90064-5001, Tel.: 3103 473-6400 x 124,

dwhite@fms-Iaw.com.

4

5      I consent to this substitution.

6  DATE: September 8, 2005                          DISCO AZTECA DISTRIBUTORS, INC.
                                                    By _____
                                                                President
8

9
10

11     I consent to this substitution.              WHITE, BORDY & LEVEY, LLP

12  DATE: September 15, 2005
                                                    By _____
14                                                         David Samuel White

15
16

17     I consent to this substitution.

18  DATE: September 16, 2005                        FAINSBERT, MASE & SNYDER, LLP

19
                                                    By _____
20                                                         David Samuel White

21

22     IT IS SO ORDERED:

23

24  DATED:  December 29, 2005


                                                    /s/ Frank C. Damrell Jr.              .

                                                    United States District Judge