JEFFREY D. GOLDMAN (State Bar No. 155589)
NICOLE L. HARRIS (State Bar No. 204744)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVISION MUSIC LLC, a Delaware limited liability company; DISA LLC, a Delaware limited liability company, FONOVISA, a California corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>DISCO AZTECA DISTRIBUTORS, INC., and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CIV S-04-2611 (FCD) (DAD)<br><br>Hon. Frank C. Damrell, Jr.<br><br>**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE**<br><br>**ORDER**<br><br>**"AS MODIFIED"** |
| DISCO AZTECA DISTRIBUTORS, INC., a California Corporation,<br><br>          Cross-Complainant,<br><br>v.<br><br>UNIVISION MUSIC, LLC, a Delaware Limited Liability Company, DISA LLC, a Delaware Limited Liability Company and ROES 1 through 100, inclusive,<br><br>          Cross-Defendants. | |

STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE
DEADLINE

Plaintiffs and cross-defendants UMG Recordings, Inc., Univision Music LLC, Disa LLC, and Fonovisa, Inc. ("Plaintiffs") and defendant and cross-complainant Disco Azteca Distributors, Inc. ("Disco Azteca"), by and through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to the Court's Pre-trial Scheduling Order dated June 30, 2005 ("June 30 Order"), the deadline to disclose expert witnesses expired on March 3, 2006.

2. In order for Plaintiffs to properly evaluate whether an expert witness was necessary to support their claims against Disco Azteca, Plaintiffs needed to take the deposition of Disco Azteca's corporate designee on the various legal and factual issues raised in this action.

3. Plaintiffs initially noticed the deposition of Disco Azteca's corporate designee, pursuant to Federal Rule of Civil Procedure 30(b)(6), for February 22, 2006.

4. This date was not convenient for either Disco Azteca's corporate designee, Jose Luis Sanchez, or Disco Azteca's counsel. Accordingly, at the request of Disco Azteca's counsel, the deposition was rescheduled to a mutually convenient date, March 21, 2006.

5. Just a day before the scheduled deposition, on March 20, 2006, Disco Azteca's counsel contacted Plaintiffs' counsel an informed counsel that Mr. Sanchez had fallen ill, and requested that the deposition be rescheduled. Mr. Sanchez's deposition was rescheduled for and completed on March 28, 2006.

Mitchell Silberberg & Knupp LLP

0956853.1

1  6. Because of the delay in taking Mr. Sanchez's deposition, the parties
2  have agreed and request to extend the expert deadline disclosure to April 24, 2006,
3  and the deadline to disclose rebuttal experts to May 1, 2006.  The parties also have
4  agreed and request that the depositions of any disclosed experts shall be completed
5  by June 2, 2006.

7  7. This is the first request for an extension of pre-trial deadlines
8  submitted by the parties, and the proposed deadlines do not conflict the remaining
9  pre-trial deadlines contained in the Court's June 30 Order.

11  8. Based on the foregoing, the parties hereby stipulate and request the
12  following continuance:

14  A. The deadline to disclose expert witnesses is continued to
15  April 24, 2006.
16  B. The deadline to disclose rebuttal witnesses is continued to
17  May 1, 2006.
18  C. All expert discovery shall be completed by June 2, 2006.
19  D. All other pre-trial deadlines contained in the June 30 Order
20  remain unchanged.

22  Dated: April _, 2006         JEFFREY D. GOLDMAN
23                               NICOLE L. HARRIS
                                 MITCHELL SILBERBERG & KNUPP LLP

26                               By: ____/s/ Nicole L. Harris_____
                                     Nicole L. Harris
27                               Attorneys for Plaintiffs and Cross-Defendants

Dated: April __, 2006      DAVID S. WHITE
                           FAINSBERT MASE & SYNDER LLP


                           By:  /s/ David S. White_____
                                David S. White
                                Attorneys for Defendants and Cross-Claimants

## ORDER

Good cause appearing therefore, the pre-trial deadlines pertaining to the disclosure of expert witnesses contained in the Court's Pre-trial Scheduling Order dated June 30, 2006, are hereby continued as follows:

A. The deadline to disclose expert witnesses is continued to April 24, 2006.

B. The deadline to disclose rebuttal witnesses is continued to May 1, 2006.

C. All expert discovery shall be completed by June 2, 2006.

In light of this extension and to avoid conflicts with the court's calendar the additional following dates are extended:

Dispositive motions shall be heard no later than August 4, 2006;

The final pretrial conference is set for October 6, 2006 at 2:30 p.m.; and

The jury trial is set for December 5, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 6, 2006              /s/ Frank C. Damrell Jr._____
                                  Hon. Frank C. Damrell, Jr.
                                  United States District Judge