IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC.,
et al.,

        Plaintiffs,                No. CIV S-04-2611 FCD DAD

   vs.

DISCO AZTECA DISTRIBUTORS, INC.,

        Defendant.              <u>ORDER</u>

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On July 18, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 18, 2006, are adopted in full; and

2. Plaintiffs' motion to strike the expert testimony of Mitch Holder is granted.

DATED: August 21, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge