UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. et al.,

        Plaintiff(s),

  v.

DISCO AZTECA,

        Defendant(s).

_____/

NO. CIV. S-04-2611 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 7, 2006.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: September 26, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, JR.
                                        United States District Judge