UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVISION MUSIC LLC, a Delaware limited liability company; DISA LLC, a Delaware limited liability company; FONOVISA, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISCO AZTECA DISTRIBUTORS, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants<br><br>AND RELATED COUNTERCLAIM | CASE NO. CIV S-04-2611 (FCD) (DAD)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

　　It is hereby ORDERED, ADJUDGED and DECREED that pursuant to the Stipulation filed November 3, 2006 as document #64, that plaintiffs UMG Recordings, Inc., Univision Music LLC, Disa LLC, and Fonovisa, Inc. ("Plaintiffs") shall and do have judgment collectively in their favor on their claims for copyright infringement in this action, against defendant Disco Azteca Distributors, Inc., a California corporation ("Disco Azteca"), in the sum of Five Hundred Thousand dollars ($500,000), inclusive of costs and attorneys' fees.

1   It is further ORDERED, ADJUDGED, and DECREED that Disco Azteca and
2  all of its respective agents, servants, employees, officers, and representatives, and all
3  other persons acting in concert or participation with each of them, shall be and
4  hereby are forever restrained and enjoined from directly or indirectly infringing in
5  any manner any of Plaintiffs' copyrights (whether now in existence or hereafter
6  created), including without limitation the Copyrighted Works identified on
7  Schedules A and B hereto.  Plaintiffs shall not be required to post any bond or
8  security.  The Court shall maintain continuing jurisdiction over this action for the
9  purpose of enforcing this Permanent Injunction.

11  Dated:  November 8, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE